EUGENIA SCHWEIKART, GENERAL ADM'X, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SANDY HOOK RESERVATION AUTHORITY, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 92 *N. J. Super.* 508.

*Mr. Stanley W. Greenfield* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Joseph A. Hoffman* for the respondents.

January 17, 1967. Denied.

STATE OF NEW JERSEY, *EX REL*, BOARD OF HEALTH OF THE TOWNSHIP OF SOUTH BRUNSWICK, MIDDLESEX COUNTY, NEW JERSEY, PLAINTIFF, v. SOUTH BRUNSWICK MUNICIPAL UTILITIES AUTHORITY, DEFENDANT, AND THIRD-PARTY PLAINTIFF-PETITIONER, v. HERBERT J. KENDALL, *ET AL.*, THIRD PARTY DEFENDANTS-RESPONDENTS.

*Messrs. Mason, Griffin & Moore* for the petitioner.

*Messrs. Levy, Levy & Albert* for the respondents.

January 17, 1967. Denied.

HAROLD CESARINI, APPELLANT-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR, STATE OF NEW JERSEY, RESPONDENT-RESPONDENT.

*Mr. Harold Cesarini in propria persona.*

*Mr. Edward A. Kaplan* for the respondent.

January 17, 1967. Denied.